# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-24-5059 -GF-JTJ** |
| **Plaintiff,** | **VIOLATIONS:** <br> **E2028977** |
| **vs.** | **E2028978** |
| **BRADLEY DENNO,** | **Location Code: M13** |
| **Defendant.** | **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $200 fine and $30 processing fee for violation E2028977 (for a total of $230), and for good cause shown, **IT IS ORDERED** that the $230 fine paid by the defendant is accepted as a full adjudication of violation E2028977.

Based upon the United States' motion to dismiss the defendant's violations E2028978, **IT IS ORDERED** that violation E2028978 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 6, 2025, is **VACATED.**

DATED this 27th day of January, 2025.

_____
John Johnston
United States Magistrate Judge